| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Tyson M. Takeuchi #177419<br>LAW OFFICE OF TYSON M. TAKEUCHI<br>1100 Wilshire Blvd., Suite 2606<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:* Debtors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 09 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ghaltchi    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION**

| In re:<br>Yuichi Yoneyama,<br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-12274-NB<br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**<br><br>[No Hearing Required] |
|---|---|

Based on the Application for Supplemental Fees (Application) filed on (*date*) 9/17/2014 as docket entry number 63 ~~and the recommendation of the chapter 13 trustee~~, the court orders as follows:

☒  that the sum of $3,120.00 is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $1,520.00, from the estate of the Debtor as funds permit.

☐  that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐  that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

Date: October 9, 2014

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 3015-1.12.ORDER.CH13.FEES